<mark>LIPSON NEILSON, P.C.
9900 Covington Cross Drive, Suite 120, Las Vegas, Nevada 89144
Telephone: (702) 382-1500   Facsimile: (702) 382-1512</mark>

LIPSON NEILSON P.C.
J. WILLIAM EBERT, ESQ.
Nevada Bar No. 2697
KAREN KAO, ESQ.
Nevada Bar No. 14386
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500 - Telephone
(702) 382-1512 - Facsimile
bebert@lipsonneilson.com
kkao@lipsonneilson.com

*Attorneys for Woodcrest Homeowners Association*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DITECH FINANCIAL LLC; FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>Plaintiffs,<br><br>vs.<br><br>WOODCREST HOMEOWNERS ASSOCIATION; ABACUS 8, LLC; and ABSOLUTE COLLECTION SERVICES, LLC<br><br>Defendants. | CASE NO.: 2:16-cv-02636-APG-VCF<br><br>**WOODCREST HOMEOWNERS ASSOCIATION'S MOTION TO REMOVE ATTORNEY DAVID A. MARKMAN, ESQ., FROM THE ELECTRONIC SERVICE LIST** |

Defendant, WOODCREST HOMEOWNERS ASSOCIATION ("Woodcrest") by and through its counsel of record, LIPSON NEILSON, P.C., hereby provides notice that attorney David A. Markman, Esq., is no longer an associate with the law firm of Lipson Neilson, P.C.

LIPSON NEILSON, P.C., continues to serve as counsel for Woodcrest in this action, therefore no parties are prejudiced by this withdrawal. The undersigned respectfully requests the court remove David A. Markman, Esq., from the electronic service list in this

\ \ \

\ \ \

action. All future correspondence, papers, and future notices should continue to be directed to J. William Ebert, Esq., and Karen Kao, Esq.

DATED this 25th day of July, 2018.

LIPSON NEILSON P.C.

By: _/s/ Karen Kao_____
J. WILLIAM EBERT, ESQ.
Nevada Bar No. 2697
KAREN KAO, ESQ.
Nevada Bar No. 14386
9900 Covington Cross Dr., Suite 120
Las Vegas, NV 89144

*Attorneys for WOODCREST HOMEOWNERS ASSOCIATION*

## COURT APPROVAL

**IT IS SO ORDERED.**

**DATED:** _August 21, 2018_____

_____
**UNITED STATES MAGISTRATE JUDGE**

# CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I hereby certify that on the 25th day of July, 2018, I electronically transmitted the foregoing **WOODCREST HOMEOWNERS ASSOCIATION'S MOTION TO REMOVE ATTORNEY DAVID A. MARKMAN, ESQ., FROM THE ELECTRONIC SERVICE LIST** using the CM/ECF system for filing and transmittal to all interested parties:

| | |
|---|---|
| Melanie Morgan, Esq.<br>AKERMAN LLP<br>1160 Town Center Drive, Suite 330<br>Las Vegas, NV 89144<br>Tel: 702-634-5000<br>Fax: 702-380-8572<br>Melanie.morgan@akerman.com<br><br>*Attorney for Plaintiffs Ditech Financial LLC & Federal National Mortgage Association* | Shane D. Cox<br>ABSOLUTE COLLECTION SERVICES, LLC<br>8440 W Lake Mead Blvd., Ste 210<br>Las Vegas, NV 89128<br>Tel: 702-531-3394<br>Fax: 702-531-3396<br>shane@absolute-collection.com<br><br>*Attorney for Absolute Collection Services, LLC* |

/s/ Sydney Ochoa
_____
Employee of LIPSON NEILSON P.C.