MICHAEL BEEDE, ESQ.
Nevada Bar No. 13068
JAMES W. FOX, ESQ.
Nevada Bar No. 13122
**THE LAW OFFICE OF MIKE BEEDE, PLLC**
2470 St. Rose Pkwy, Suite 307
Henderson, NV 89074
T: 702-473-8406
F: 702-832-0248
eservice@LegalLV.com
*Attorneys for Abacus 8, LLC*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| DITECH FINANCIAL LLC; FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>Plaintiffs,<br>vs.<br><br>WOODCREST HOMEOWNERS ASSOCIATION; ABACUS 8, LLC; and ABSOLUTE COLLECTION SERVICES, LLC,<br><br>Defendants. | CASE NO. 2:16-cv-02636-APG-DJA<br><br>**STIPULATION AND ORDER TO EXTEND REPLY TO PLAINTIFF'S COMPLAINT (ECF NO. 1)**<br><br>**(FIRST REQUEST)** |

Defendant Abacus 8, LLC (hereafter "Defendant," or "Abacus") by and through its attorneys of record, James W. Fox, Esq. and Michael N. Beede, Esq. of The Law Office of Mike Beede, PLLC, and Plaintiffs Ditech Financial LLC and Federal National Mortgage Association (hereafter, collectively "Plaintiffs"), by and through their attorneys of record, Melanie D. Morgan, Esq. and Scott R. Lachman, Esq., of Akerman LLP hereby stipulate to extend the time for Abacus to file a response to Plaintiffs' Complaint (ECF No. 1) by **twenty-one days (21), from the date of this filing,** to **October 17, 2019**. The extension is necessary as Abacus has only recently retained counsel, and Defendant's attorneys require this extension to review pertinent information regarding this matter to properly draft an appropriate response. The parties have agreed to this extension in the interest of fairness and professional courtesy. Therefore, the parties agree that good cause supports an extension and the extension is not for purposes of delay or any other bad

faith purpose. This is the first request for an extension of the deadline to file a response to ECF No. 1.

The new deadline for Abacus to file a response to ECF No. 1 will be to **Thursday, October 17, 2019.**

IT IS SO STIPULATED.

DATED this 26th day of September, 2019.

THE LAW OFFICE OF MIKE BEEDE, PLLC

By:/s/ Michael Beede
   MICHAEL BEEDE, ESQ.
   Nevada Bar No. 13068
   JAMES W. FOX, ESQ.
   Nevada Bar No. 13122
   2470 St. Rose Pkwy, Suite 307
   Henderson, NV 89074
   T: 702-473-8406
   *Attorneys for Abacus 8, LLC*

DATED this 26th day of September, 2019.

AKERMAN, LLP

By:/s/ Scott Lachman
   MELANIE D. MORGAN, ESQ.
   Nevada Bar No. 8215
   SCOTT R. LACHMAN
   Nevada Bar No. 12016
   1635 Village Center Circle, Suite 200
   Las Vegas, NV 89134
   T: 702-634-5000
   *Attorneys for Ditech Financial LLC and Federal National Mortgage Association*

**Case Name:** Ditech Financial LLC; Federal National Mortgage Association v. Woodcrest Homeowners Association; et al.
**Case Number:** 2:16-cv-02636-APG-DJA

## ORDER

The Court, having reviewed the stipulation of the parties, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the time for Abacus 8, LLC to file a response to ECF No. 1 be extended by 21 days from September 26, 2019. The new deadline for Abacus 8, LLC to file its response shall be October 17, 2019.

**IT IS SO ORDERED.**

Dated this 30th day of September, 2019.

_____
Daniel J. Albregts
United States Magistrate Judge

Submitted by:
THE LAW OFFICE OF MIKE BEEDE, PLLC

By:*/s/ Michael Beede*
    MICHAEL BEEDE, ESQ.
    Nevada Bar No. 13068
    JAMES W. FOX, ESQ.
    Nevada Bar No. 13122
    2470 St. Rose Pkwy, Suite 307
    Henderson, NV 89074
    T: 702-473-8406
    *Attorneys for Abacus 8, LLC*

# CERTIFICATE OF SERVICE

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and that I am not a party to, nor interested in, this action. On the 26th day of September, 2019, I did cause a true and correct copy of the foregoing **STIPULATION AND [PROPOSED] ORDER TO EXTEND REPLY TO PLAINTIFF'S COMPLAINT (ECF NO. 1) (FIRST REQUEST)** to be served upon all parties involved in this litigation by the method indicated:

___ U.S. Mail
___ U.S. Certified Mail
___ Facsimile Transmission
___ Federal Express
_X_ Electronic Service via CM/ECF
___ E-Mail

By: */s/ Michael Madden*
An Employee of The Law Office of Mike Beede, PLLC