MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: scott.lachman@akerman.com

*Attorneys for Plaintiffs Ditech Financial LLC and Federal National Mortgage Association*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DITECH FINANCIAL LLC; FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>WOODCREST HOMEOWNERS ASSOCIATION; ABACUS 8, LLC; and ABSOLUTE COLLECTION SERVICES, LLC,<br><br>Defendants. | Case No.: 2:16-cv-02636-APG-DJA<br><br>**STIPULATION TO EXTEND DEADLINE TO RESPOND TO WOODCREST HOMEOWNERS ASSOCIATION'S MOTION FOR SUMMARY JUDGMENT**<br><br>**(FIRST REQUEST)**<br><br>**ORDER** |

Ditech Financial LLC, Federal National Mortgage Association (**Fannie Mae**), and Woodcrest Homeowners Association (the **HOA**) stipulate to extend the deadline for Ditech and Fannie Mae to respond to the HOA's motion for summary judgment. (ECF No. 50.) Ditech and Fannie Mae's deadline to respond to the motion is presently Friday, May 15, 2020. The parties to this stipulation agree to extend the deadline to Friday, June 5, 2020 for two reasons: (1) the parties are discussing settlement and would like an opportunity to potentially reach settlement before spending fees on further briefing, and (2) should this court grant Ditech and Fannie Mae's motion for summary judgment based on the Federal Foreclosure Bar (ECF No. 40), then the claims against the HOA are moot. This is the first request to extend this deadline.

52194292;1
53105609;1

This stipulation is brought in good faith and not for purposes of delay.

DATED this 15th day of May, 2020.

| **AKERMAN LLP** | **LIPSON NEILSON, P.C.** |
|---|---|
| /s/ Scott R. Lachman | /s/ Amber M. Williams |
| MELANIE D. MORGAN, ESQ. | J. WILLIAM EBERT, ESQ. |
| Nevada Bar No. 8215 | Nevada Bar No. 2697 |
| SCOTT R. LACHMAN, ESQ. | AMBER M. WILLIAMS, ESQ. |
| Nevada Bar No. 12016 | Nevada Bar No. 12301 |
| 1635 Village Center Circle, Suite 200 | 9900 Covington Cross Drive, Suite 120 |
| Las Vegas, NV 89134 | Las Vegas, Nevada 89144 |
| *Attorneys for Ditech Financial LLC and Federal National Mortgage Association* | *Attorneys for Woodcrest Homeowners Association* |

**ORDER**

IT IS SO ORDERED.

Dated: May 15, 2020.

_____
UNITED STATES DISTRICT JUDGE

2

52194292;1
53105609;1