MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: scott.lachman@akerman.com

*Attorneys for Plaintiffs Ditech Financial LLC and Federal National Mortgage Association*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DITECH FINANCIAL LLC; FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>WOODCREST HOMEOWNERS ASSOCIATION; ABACUS 8, LLC; and ABSOLUTE COLLECTION SERVICES, LLC,<br><br>Defendants. | Case No.: 2:16-cv-02636-APG-DJA<br><br>**STIPULATION TO STAY DEADLINE TO RESPOND TO WOODCREST HOMEOWNERS ASSOCIATION'S MOTION FOR SUMMARY JUDGMENT**<br><br>**(SECOND REQUEST)**<br><br>**ORDER** |

Ditech Financial LLC, Federal National Mortgage Association (**Fannie Mae**), and Woodcrest Homeowners Association (the **HOA**) stipulate to extend the deadline for Ditech and Fannie Mae to respond to the HOA's motion for summary judgment, ECF No. 50, and request to stay briefing on the HOA's motion until this court adjudicates Ditech and Fannie Mae's motion for summary judgment based on the Federal Foreclosure Bar, ECF No. 40.

Ditech and Fannie Mae's opposition to the HOA's motion is presently due on Friday, June 5, 2020. (ECF No. 52.). The parties to this stipulation agree to extend the deadline to ten (10) days after this court adjudicates ECF No. 40 for three reasons: (1) should this court grant Ditech and Fannie Mae's motion for summary judgment based on the Federal Foreclosure Bar (ECF No. 40), then the claims against the HOA are moot; (2) the parties continue to discuss settlement and would

52194292;1
53105609;1

like an opportunity to potentially reach settlement before spending fees on further briefing, and (3) staying briefing may give the Nevada Supreme Court and Ninth Circuit additional time to publish case authority regarding alternative claims against homeowner associations and the limitation periods associated with those claims. To the extent this court does not stay briefing, the parties to this stipulation agree to extend the deadline to respond to the HOA's motion by thirty (30) days, to Monday, July 6, 2020.

This is the second request to extend this deadline. This stipulation is brought in good faith and not for purposes of delay.

DATED this 5th day of June, 2020.

| **AKERMAN LLP** | **LIPSON NEILSON, P.C.** |
|---|---|
| */s/ Scott R. Lachman* | */s/ Amber M. Williams* |
| MELANIE D. MORGAN, ESQ. | J. WILLIAM EBERT, ESQ. |
| Nevada Bar No. 8215 | Nevada Bar No. 2697 |
| SCOTT R. LACHMAN, ESQ. | AMBER M. WILLIAMS, ESQ. |
| Nevada Bar No. 12016 | Nevada Bar No. 12301 |
| 1635 Village Center Circle, Suite 200 | 9900 Covington Cross Drive, Suite 120 |
| Las Vegas, NV 89134 | Las Vegas, Nevada 89144 |
| *Attorneys for Ditech Financial LLC and Federal National Mortgage Association* | *Attorneys for Woodcrest Homeowners Association* |

**ORDER**

IT IS SO ORDERED.

Dated: June 8, 2020.

_____
UNITED STATES DISTRICT JUDGE

52194292;1
53105609;1